PEOPLE *v.* WEBER *et al.*

*(Common Pleas of New York City and County, General Term.  June 2, 1890.)*

BAIL—FORFEITED RECOGNIZANCE—VACATING JUDGMENT.

A judgment on a forfeited recognizance will be vacated where, after his default, the principal appears, submits to trial, and pays the fine imposed on him.

Application by William A. Weber, as surety, and Herman Weber, as principal, for an order vacating the judgment entered upon a forfeited recognizance.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*E. M. Scudder,* for appellants.  *L. Steckler,* for the People.

PER CURIAM. The defendant Herman Weber having appeared in court after the recognizance had been forfeited, and having submitted to trial, upon which he was adjudged, among other things, to give to the commissioners of public charities and correction a bond to pay two dollars weekly, which bond he has given, and is now paying according to its tenor, and no loss or injury having been sustained by the city, it is ordered that the application be granted.